# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-2903

Jose Martinez v. Attorney General United States

A095-947-544

## O R D E R

In accordance with the motion by the petitioner in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with prejudice and without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: January 7, 2013

Smw/cc:     Ryan A. Muennich, Esq.
W. Daniel Shieh, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.